# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                                         Case No. 06-CR-05

**WILLIAM NORTH,**

      **Defendant.**

---

## ORDER GRANTING LEAVE OF COURT FOR DISMISSAL OF COUNT ONE OF THE INDICTMENT AGAINST CO-DEFENDANT WILLIAM NORTH

---

NOW UPON consideration of the motion of the plaintiff, United States of America, for leave of Court to dismiss count one of the indictment against co-defendant William North in this case without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

AND FURTHER UPON the finding that it is in the interests of justice to do so,

LEAVE OF COURT IS HEREBY GRANTED for the dismissal of count one of the indictment in this case against co-defendant William North without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

SO ORDERED this 26th day of July, 2006, at Milwaukee, Wisconsin.

                                                            BY THE COURT:

                                                            s/ Rudolph T. Randa
                                                            The Honorable Rudolph T. Randa
                                                            Chief Judge